IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

CHARLES PILGER,

    Plaintiff,

    v.                                 CIVIL NO.: WDQ-10-0597

D.M. BOWMAN, INC.,

    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM OPINION AND ORDER

Charles Pilger sued D.M. Bowman, Inc. ("Bowman") for age discrimination, in violation of the Age Discrimination in Employment Act (the "ADEA")[1] and the Maryland Human Relations Act (the "MHRA").[2]

The Court denied Bowman's motion to exclude evidence of Pilger's post-July 17, 2010 damages (ECF No. 64) because Bowman did not show that Pilger had withheld evidence in violation of Fed. R. Civ. P. 37.

The Court denied Pilger's motion to exclude a vendor's refund check to Bowman (ECF No. 57, Part 2) because the check was a verbal act that tended to corroborate the nature of the

---

[1] 29 U.S.C. §§ 621, et seq.

[2] Md. Code Ann., State Gov't §§ 20-1001, et seq. (formerly Md. Code Ann. Art. 49B).

vendor's relationship with Bowman.

The Court denied Pilger's motion to exclude evidence of Glenn Smith's employment (ECF No. 57, Part 4) because the evidence tended to prove that Bowman did not have a policy of age discrimination.

Pilger also moved to exclude evidence of an unemployment insurance appeal decision (ECF No. 57, Part 3), but Bowman did not seek to introduce the decision.

Accordingly, it is this 29th day of June, 2012, ORDERED THAT

1. Part 3 of Pilger's omnibus motion in limine (ECF NO. 57) BE, and HEREBY IS, DENIED AS MOOT; and

2. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

_____
William D. Quarles, Jr.
United States District Judge